**LISA R. LANG**
Lisa Lang Law LLC.
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**WILLIAM JAMES PRESTON,**
    Plaintiff,

vs.

**COMMISSIONER of Social Security,**
    Defendant.
_____/

Civil Action No. 3:25-cv-00457-AP

**ORDER GRANTING AWARD OF EAJA FEES, EXPENSES COSTS**

## ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff</u>, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $7,900.00, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in <u>Ratliff</u> shall be paid to the Plaintiff, and mailed to the attorney's office.

    Done this   26th   day of    February   , 2026

                                 /s/Amy E. Potter
                                 U.S. Magistrate Judge

Presented by:
_____
s/*Lisa R. Lang*
Lisa R. Lang, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035